# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:11-CR-00012-RCJ (VPC) |
| ) | |
| ZACHARIAH CHATFIELD SPROUL, ) | |
| ) | |
| Defendant. ) | |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on January 27, 2011, defendant ZACHARIAH CHATFIELD SPROUL pled guilty to Count One of a One-Count Criminal Information charging him with False Representation During a Firearms Purchase, in violation of Title 18, United States Code, Section 922(a)(6), 924(a)(2).

This Court finds defendant ZACHARIAH CHATFIELD SPROUL agreed to the forfeiture of property set forth in Forfeiture Allegation of the Criminal Information.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Information and the offense to which defendant ZACHARIAH CHATFIELD SPROUL pled guilty.

The following asset is subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

. . .

(a). a Rock Island Armory, model 1911A1, .45 caliber pistol, serial number RIA1104085.

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of ZACHARIAH CHATFIELD SPROUL in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, United States District Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South Virginia Street, 3rd Floor, Reno, Nevada 89501.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Greg Addington
> Assistant United States Attorney
> 100 West Liberty Street, Suite 600
> Reno, Nevada 89501.

. . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 4th day of February, 2011.

_R. James_
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I, Greg Addington, certify that the following individuals were served with copies of the Preliminary Order of Forfeiture on February 3, 2011 by the below identified method of service:

<u>Electronic Filing</u>

Loren Graham
P.O. Box 6329
Lake Tahoe, Nevada 89449
grahamcole@aol.com
*Counsel for Zachariah Chatfield Sproul*

/s/ Greg Addington
Greg Addington
Assistant United States Attorney